# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tyler Wisner**
          Plaintiff(s)

  vs.                                        **CASE NUMBER: 3:22-cv-1345(CFH)**

**Martin J. O'Malley**
**Commissioner of Social Security**
          Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: MEMORANDUM-DECISION AND ORDER ON SOCIAL SECURITY APPEAL: ORDERED, that plaintiff's motion (Dkt. No. 10) be GRANTED; and it is further ORDERED, that the Commissioner's decision be REVERSED and REMANDED for further proceedings.

All of the above pursuant to the order of the Honorable **Christian F. Hummel**, dated March 12, 2024.

DATED: March 12, 2024

*[Signature]*
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk